**Order filed May 7, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00062-CV

———————

### IRENE SILVA AND DAVID SILVA, Appellant(s)

### V.

### THE CITY OF PASADENA, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2013-36912**

## O R D E R

Appellants' brief was due April 1, 2015. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **June 8, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM